IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEVIN BLAKE | § | |
| | § | CIVIL ACTION |
| Plaintiff, | § | |
| | § | NO. 2:10-cv-3453 |
| VS. | § | |
| | § | SECTION "AJM-ALC" |
| | § | |
| SPECIALTY OFFSHORE, INC., | § | JUDGE: McNAMARA |
| SPECIALTY RENTALS, INC., and | § | |
| SPECIALTY RENTALS, INC. of | § | |
| DELWARE | § | |
| | § | |
| Defendant. | § | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 JAN 10 PM 12: 02
LORETTA G. WHYTE
CLERK

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the below entered date, pursuant to Federal Rules of Civil Procedure 41(a)(1), and at Plaintiff, Devin Blake's Notice of Dismissal, the matter numbered and styled above has been DISMISSED from this Court's docket without prejudice.

SIGNED on the ___10th___ day of ___January___, 2011.

_____
Honorable Judge McNamara